**2005–0371.   State v. Rowles.**

Summit App. No. 22007, 2005-Ohio-14. Discretionary appeal accepted on Proposition of Law No. I; cause held for the decisions in 2004–1771, *State v. Quinones*, Cuyahoga App. No. 83720, 2004-Ohio-4485, and 2004–1568, *State v. Foster*, Licking App. No. 03CA95, 2004-Ohio-4209; and briefing schedule

stayed.

RESNICK, J., dissents.